UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE



FILED
2020 SEP 18 P 2: 24
S. DISTRICT COURT
STERN DIST. TENN.
____ DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex. rel.* JENNIFER STUART MILLER,<br><br>THE STATE OF TENNESSEE,<br>*ex. rel.* JENNIFER STUART MILLER,<br><br>and<br><br>COMMONWEALTH OF VIRGINIA, *ex. rel.*<br>JENNIFER STUART MILLER,<br><br>Plaintiff-Relator<br><br>v.<br><br>EAST TENNESSEE RECOVERY, PLLC,<br>CHAMBLESS RAND JOHNSTON, and<br>EMMALEA JOHNSTON,<br><br>Defendants, | Civil Action No. 2:18-CV-171<br>Greer/Wyrick |

## JOINT STIPULATION OF DISMISSAL

The United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee; the State of Tennessee, by and through Herbert H. Slatery, III, Attorney General and Reporter for the State of Tennessee; the Commonwealth of Virginia, by and through Mark R. Herring, Attorney General for Virginia; and Relator Jennifer Stuart Miller, by and through her undersigned counsel (collectively, the "Parties"), pursuant to Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate that the Parties have entered into the settlement agreement attached to the Notice of Intervention for Purposes of Settlement filed by the United States, the State of Tennessee, and the Commonwealth of Virginia

[Doc. 26], and the above-styled action shall be dismissed, subject to the terms of the agreement, as follows, with each party to bear its own costs:

(1) As to the United States, the State of Tennessee, and the Commonwealth of Virginia, the action is dismissed with prejudice only as to the Covered Conduct released in the Settlement Agreement;

(2) As to the Relator, the action is dismissed in its entirety, with prejudice.

Dated this 18th day of September, 2020.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: *L. Margaret Harker*
L. Margaret Harker, Virginia Bar No. 82188
Robert C. McConkey, III, BPR # 018118
Assistant U.S. Attorneys
Office of United States Attorney
800 Market St., Suite 211
Knoxville, TN 37902
(865) 545-4167
Margaret.Harker@usdoj.gov
Robert.Mcconkey@usdoj.gov

HERBERT H. SLATERY III
Tennessee Attorney General and Reporter

By: __Nate Casey / y.m.mu w/ permission__
Nate Casey, TN Bar No. 031060
Assistant Attorney General
Medicaid Fraud and Integrity Division
Office of the Tennessee Attorney General
P.O. Box 20207, Nashville, Tennessee 37202
Ph: (615) 741-2935
nate.casey@ag.tn.gov

MARK R. HERRING
Virginia Attorney General

By: __Airen Adamonis / y.m.mu w/ permission__
Airen B. Adamonis, Virginia Bar No. 86320
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
Ph: (804) 786-5889
AAdamonis@oag.state.va.us

ATTORNEYS FOR RELATOR

By: __Chris McCarty / y.m.mu w/ permission__
Chris W. McCarty, TN Bar No. 25551
Lewis, Thomason, King, Krieg & Waldrup, P.C.
One Center Square, Fifth Floor
620 Market Street
Knoxville, TN 37901
CMcCarty@LewisThomason.com

By: __Link Gibbons / y.m.mu w/ permission__
Link A. Gibbons, TN Bar No. 022799
Law Office of Link A. Gibbons
P.O. Box 2248
Morristown, TN 37816
Link@linkgibbonslaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, a true and correct copy of the foregoing Notice of Intervention for Purposes of Settlement was sent via email and mailed first class, postage prepaid to the following:

Chris W. McCarty
Lewis, Thomason, King, Krieg & Waldrup, P.C.
One Center Square, Fifth Floor
620 Market Street
Knoxville, TN 37901
CMcCarty@LewisThomason.com

Link A. Gibbons
Law Office of Link A. Gibbons
P.O. Box 2248
Morristown, TN 37816
link@linkgibbonslaw.com

*Attorneys for Relator*

/s/ L. Margaret Harker
L. Margaret Harker
Assistant U.S. Attorney